UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ROBERT CLARK, et al.** : | CV:    02-2847 |
| : | |
| v. : | |
| : | |
| **DILEO'S TO GO, LTD, et al.** : | |

## PRAECIPE FOR ALIAS SUMMONS

TO THE CLERK OF COURT:

Kindly issue an alias summons for Defendant Academy Plaza, LLC. An attempt to serve a previous Alias Summons was rejected due to an improper address, a true and correct copy of the Affidavit of No Service is attached hereto as Exhibit "A".

Respectfully submitted,

**BRODSKY & SMITH, LLC**


**BY:** _____
Jason L. Brodsky, Esquire
Two Bala Plaza, Suite 602
Bala Cynwyd, PA 19004
(610) 668-7987
Dated: October 22, 2002            **Attorney for Plaintiff**