IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CLARK | CIVIL ACTION |
| V. | |
| ANTHONY TACCONELLI, ET AL | NO. 03-2252 |

| | |
|---|---|
| CLARK | |
| V. | NO. 03-2253 |
| MAMASI DINER, INC. | |

| | |
|---|---|
| CLARK | |
| V. | NO.  03-2254 |
| LUKE'S OF NORRISTOWN | |

| | |
|---|---|
| CLARK | NO.  03-2255 |
| V. | |
| NEW ENGLAND PIZZA | |

| | |
|---|---|
| CLARK | |
| V. | NO.  03-2256 |
| METROPOLITAN RESTAURANT MANAGEMENT CORP. | |

CLARK

     V.

NO.  03-2257

GIOVANNI'S RESTAURANT

---

CLARK

     V.

NO.  03-2259

ALBERT BUONCRISTIANO

---

CLARK

     V.

NO.  03-2260

NORTHEAST DONUT SHOPS
MANAGEMENT CORP.

---

CLARK

     V.

NO.  03-2302

EXPRESS GARDEN CHINESE RESTAURANT

---

CLARK

     V.

NO. 03-2304

H.K. GOLDEN PHEONIX, INC.

---

CLARK

     V.

NO.  03-2305

KOSHER-VEGAN KINGDOM OF
VEGETARIANS

---

CLARK

V.

RUBY INN, LTD.

NO.  03-2307

---

CLARK

V.

EXOTIC RESTAURANT, INC.

NO.    03-2308

---

CLARK

V.

SOUTH EAST CHINESE RESTAURANT

NO.  03-2309

---

CLARK

V.

PREMIER FOOD SYSTEMS, INC.

NO.  03-2475

---

CLARK

V.

N.J.A.L., INC.

NO.  03-2476

---

CLARK

V.

SUMMERWOOD CORP.

NO.  03-2477

| | |
|---|---|
| CLARK<br>    V.<br>LEE | NO. 03-2478 |

| | |
|---|---|
| CLARK<br>    V.<br>BRIAD WENCO, LLC | NO. 03-2479 |

| | |
|---|---|
| HILL<br>    V.<br>M&H FOOD SERVICES | NO. 03-2521 |

| | |
|---|---|
| HILL<br>    V.<br>MARRONE'S CAFÉ, INC. | NO. 03- 3010 |

| | |
|---|---|
| HILL<br>    V.<br>A.M. FOOD ENTERPRISES, INC. | NO. 03-3011 |

| | |
|---|---|
| HILL<br>    V.<br>BRAVO GOURMET PIZZA | NO. 03-3012 |

| | |
|---|---|
| HILL<br>    V.<br>SOPHIA, INC. | NO. 03-3013 |

HILL

   V.

ITALIAN DELIGHT

NO.  03-3387

---

HILL

   V.

FELLINI'S CAFÉ, INC.

NO.  03-3388

---

HILL

   V.

NAUGHTON

NO.     03-3389

---

HILL

   V.

SAMARDA CORP.

NO.  03-3390

---

HILL

   V.

COUNTRY SQUIRE DINER, INC.

NO.  03-3391

---

HILL

   V.

OUTBACK STEAKHOUSE

NO.  03-3392

---

HILL

   V.

MANOR RESTAURANT, INC.

NO.  03-3392

HILL

    V.                                 NO.  03-3396

MANOR RESTAURANT, INC.

---

HILL

    V.                                 NO.  03-3397

VILLAGE PORCH BISTRO

---

HILL

    V.                                 NO.  03-3398

HEILMAN'S SUNOCO

---

HILL

    V.                                 NO.  03-3399

THAI PEPPER, INC.

---

HILL

    V.                                 NO.  03-3400

WOLFSON

---

HILL

    V.                                 NO.  03-3401

THE GROUND ROUND

---

HILL                                     NO.  03-3402

    V.

DRAGON GARDEN CHINESE RESTAURANT, INC.

HILL

    V.

DAKOTA PIZZA COMPANY, INC.

NO.   03-3403

---

HILL

    V.

MANHATTAN BAGEL

NO.   03-3404

---

HILL

    V.

MTJ RESTAURANT

NO.   03-3700

---

HILL

    V.

A-PLUS SUNOCO

NO.   03-3701

---

HILL

    V.

GILLIAN'S TAVERN

NO.   03-3702

---

HILL

    V.

BADALAMENTI

NO.   03-3703

---

HILL

    V.

CANDEK

NO.   03-3704

HILL

    V.

AMERICAN DISABILITY INSTITUTE

NO.  03-3705

---

LLOYD

    V.

RUDY'S TAVERN

NO.  03-3959

---

LLOYD

    V.

BONA CUCINA

NO.  03-3960

---

LLOYD

    V.

GAMBOL'S CAFÉ, INC.

NO.  03-3961

---

LLOYD

    V.

MARK ANTHONY PAISANO'S

NO.  03-3962

---

LLOYD

    V.

FLYNN'S BAR

NO.  03-3964

---

LLOYD

    V.

BYWOOD INN INC.

NO.  03-3965

| | |
|---|---|
| LLOYD | NO.  03-3966 |
| V. | |
| TROPHY TAVERN | |

---

| | |
|---|---|
| LLOYD | NO.  03-3967 |
| V. | |
| MARIO & GINO'S PIZZA | |

---

| | |
|---|---|
| LLOYD | NO.   03-3968 |
| V. | |
| DALY | |

---

| | |
|---|---|
| LLOYD | NO.  03-3970 |
| V. | |
| AQUARIUS RESTAURANT, INC. | |

---

| | |
|---|---|
| LLOYD | NO.   03-3971 |
| V. | |
| DEMARCO'S | |

---

| | |
|---|---|
| LLOYD | NO.  03-3973 |
| V. | |
| CLARKIE'S GOAL POST | |

---

| | |
|---|---|
| LLOYD | NO.  03-3974 |
| V. | |
| BROWNIE'S PUB, INC. | |

LLOYD

   V.

COCCO'S PIZZA

NO.  03-3975

---

LLOYD

   V.

CASEY'S

NO.  03-3977

---

LLOYD

   V.

JANSON ENTERPRISES

NO.  03-3978

---

LLOYD

   V.

UPPER DARBY DINER

NO.  03-3979

---

LLOYD

   V.

PLAYHOUSE LANES, INC.

NO.  03-3980

---

LLOYD

   V.

NEW CHINA

NO.   03-3981

---

LLOYD

   V.

DUNKIN' DONUTS OF DREXEL HILL

NO.   03-3982

LLOYD
  V.
J.D. McGILLICUDDY'S

NO.   03-3985

---

LLOYD
  V.
GOLDEN CAPITAL, INC.

NO.   03-3987

---

LLOYD
  V.
SABOR LATINO RESTAURANT, INC.

NO.   03-3988

---

LLOYD
  V.
JIFFY LUBE INTERNATIONAL, INC.

NO.   03-4206

---

LLOYD
  V.
SWEET

NO.   03-4207

---

LLOYD
  V.
HOULIHAN'S

NO.  03-4208

---

LLOYD
  V.
N.J.S. INC.

NO.  03-4215

LLOYD

    V.                                                NO.  03-4216

OLD COUNTRY BUFFETT

---

LLOYD

     V.                                              NO.  03-4217

THE HAMBURGER MUSEUM, INC.

---

LLOYD

    V.                                                NO.  03-4218

RED LOBSTER

---

LLOYD                                                NO.  03-4302

    V.

HIGGINS

---

LLOYD

    V.                                                NO.  03-4303

DENNY'S RESTAURANT

---

LLOYD

    V.                                                NO.  03-4304

SPROUL LANES, INC.

---

LLOYD                                                NO.  03-4305

    V.

ELBANA

LLOYD

   V.

YUM! BRANDS, INC.

NO.  03-4306

---

LLOYDS

   V.

GATEWAY DINER

NO.  03-4307

---

CLARK

   V.

DRAGON GARDEN CHINESE

NO.  03-4361

---

CLARK

   V.

SZECHUAN EAST RESTAURANT

NO.  03-4362

---

CLARK

   V.

NEW GINGHAM HOUSE RESTAURANT

NO.  03-4363

---

CLARK

   V.

KARACZ

NO.  03-4364

---

CLARK

   V.

A.B.C. CAFÉ

NO.  03-4365

---

CLARK

   V.                                 NO.   03-4366

CHERRY STREET CHINESE
VEGETARIAN RESTAURANT

---

CLARK

    V.                             NO.  03-4368

WONG'S GOURMET

---

CLARK

   V.                               NO.  01-4306

PHILA. CENET ASSOC.

---

CLARK

   V.                               NO.  02-2847

DILEO'S TO GO, LTD

---

_____

<u>ORDER</u>

AND NOW, this          day of   AUGUST,  2003,  it   is hereby
ORDERED that the above-captioned cases are referred to the Honorable Charles R.
Weiner for monitoring and coordination of the status of discovery, scheduling of
arbitration hearing, settlement negotiations, and trial date, and it is

FURTHER ORDERED that the above captioned cases shall remain on the
calendar of the judge to whom it was assigned at the time of filing, until further
order of this court.

FOR THE COURT:

_____

JAMES T. GILES
Chief Judge