IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CLARK  v. ANTHONY  TACCONELLI, ET AL | CIVIL ACTION<br>NO. 03-2252 |
| CLARK  v.  MAMASI DINER, INC. | NO. 03-2253 |
| CLARK v. LUKE'S OF NORRISTOWN | NO. 03-2254 |
| CLARK v. NEW ENGLAND PIZZA | NO. 03-2255 |
| CLARK v. METROPOLITAN  RESTAURANT | NO. 03-2256 |
| CLARK v. GIOVANNI'S RESTAURANT | NO. 03-2257 |
| CLARK v. NORTHEAST  DONUT  SHOPS | NO. 03-2260 |
| CLARK v.  EXPRESS GARDEN CHINESE | NO. 03-2302 |
| CLARK v. H.K. GOLDEN PHEONIX, INC. | NO. 03-2304 |
| CLARK v. KOSHER-VEGAN  KINGDOM OF VEGETARIANS | NO. 03-2305 |
| CLARK v. RUBY INN, LTD. | NO. 03-2307 |
| CLARK v. EXOTIC RESTAURANT, INC. | NO. 03-2308 |

| | |
|---|---|
| CLARK v. SOUTH EAST CHINESE | NO. 03-2309 |
| CLARK v. PREMIER FOOD SYSTEMS, INC. | NO. 03-2475 |
| CLARK v. SUMMERWOOD CORP. | NO. 03-2477 |
| CLARK v. LEE | NO. 03-2478 |
| CLARK v. BRIAD WENCO, LLC | NO. 03-2479 |
| HILL v. A.M. FOOD ENTERPRISES, INC. | NO. 03-3011 |
| HILL v. BRAVO GOURMET PIZZA | NO. 03-3012 |
| HILL v. SOPHIA, INC. | NO. 03-3013 |
| HILL v. ITALIAN DELIGHT | NO. 03-3387 |
| HILL v. FELLINI'S CAFÉ, INC. | NO. 03-3388 |
| HILL v. NAUGHTON | NO. 03-3389 |
| HILL v. COUNTRY SQUIRE DINER, INC. | NO. 03-3391 |
| HILL v. OUTBACK STEAKHOUSE | NO. 03-3392 |

| | |
|---|---|
| HILL v. MANOR RESTAURANT, INC. | NO. 03-3396 |
| HILL v. VILLAGE PORCH BISTRO | NO. 03-3397 |
| HILL v. HEILMAN'S SUNOCO | NO. 03-3398 |
| HILL v. THAI PEPPER, INC. | NO. 03-3399 |
| HILL v. WOLFSON | NO. 03-3400 |
| HILL v. THE GROUND ROUND | NO. 03-3401 |
| HILL v. DRAGON GARDEN CHINESE | NO. 03-3402 |
| HILL v. DAKOTA PIZZA COMPANY, INC. | NO. 03-3403 |
| HILL v. MANHATTAN BAGEL | NO. 03-3404 |
| HILL v. MTJ RESTAURANT | NO. 03-3700 |
| HILL v. A-PLUS SUNOCO | NO. 03-3701 |
| HILL v. GILLIAN'S TAVERN | NO. 03-3702 |
| HILL v. BADALAMENTI | NO. 03-3703 |

| | |
|---|---|
| HILL v. CANDEK | NO. 03-3704 |
| HILL v. MARITA'S OF HAVERFORD | NO. 03-3705 |
| LLOYD v. RUDY'S TAVERN | NO. 03-3959 |
| LLOYD v. BONA CUCINA | NO. 03-3960 |
| LLOYD v. GAMBOL'S CAFÉ, INC. | NO. 03-3961 |
| LLOYD v. MARK ANTHONY PAISANO'S | NO. 03-3962 |
| LLOYD v. FLYNN'S BAR | NO. 03-3964 |
| LLOYD v. BYWOOD INN INC. | NO. 03-3965 |
| LLOYD v. TROPHY TAVERN | NO. 03-3966 |
| LLOYD v. MARIO & GINO'S PIZZA | NO. 03-3967 |
| LLOYD v. DALY | NO. 03-3968 |
| LLOYD v. AQUARIUS RESTAURANT, INC. | NO. 03-3970 |
| LLOYD v. DEMARCO'S | NO. 03-3971 |

| | |
|---|---|
| LLOYD v. CLARKIE'S GOAL POST | NO. 03-3973 |
| LLOYD v. BROWNIE'S PUB, INC. | NO. 03-3974 |
| LLOYD v. COCCO'S PIZZA | NO. 03-3975 |
| LLOYD v. CASEY'S | NO. 03-3977 |
| LLOYD v. JANSON ENTERPRISES | NO. 03-3978 |
| LLOYD v. UPPER DARBY DINER | NO. 03-3979 |
| LLOYD v. PLAYHOUSE LANES, INC. | NO. 03-3980 |
| LLOYD v. NEW CHINA | NO. 03-3981 |
| LLOYD v. DUNKIN' DONUTS OF DREXEL HILL | NO. 03-3982 |
| LLOYD v. J.D. McGILLICUDDY'S | NO. 03-3985 |
| LLOYD v. GOLDEN CAPITAL, INC. | NO. 03-3987 |
| LLOYD v. SABOR LATINO RESTAURANT, INC. | NO. 03-3988 |
| LLOYD v. JIFFY LUBE INTERNATIONAL, INC. | NO. 03-4206 |

| | |
|---|---|
| LLOYD v. SWEET | NO. 03-4207 |
| LLOYD v. HOULIHAN'S | NO. 03-4208 |
| LLOYD v. N.J.S. INC. | NO. 03-4215 |
| LLOYD v. OLD COUNTRY BUFFETT | NO. 03-4216 |
| LLOYD v. THE HAMBURGER MUSEUM, INC. | NO. 03-4217 |
| LLOYD v. RED LOBSTER | NO. 03-4218 |
| LLOYD v. HIGGINS | NO. 03-4302 |
| LLOYD v. DENNY'S RESTAURANT | NO. 03-4303 |
| LLOYD v. SPROUL LANES, INC. | NO. 03-4304 |
| LLOYD v. ELBANA | NO. 03-4305 |
| LLOYD v. YUM! BRANDS, INC. | NO. 03-4306 |
| LLOYDS v. GATEWAY DINER | NO. 03-4307 |
| CLARK v. DRAGON GARDEN CHINESE | NO. 03-4361 |

| | |
|---|---|
| CLARK v. SZECHUAN EAST RESTAURANT | NO. 03-4362 |
| CLARK v. NEW GINGHAM HOUSE RESTAURANT | NO. 03-4363 |
| CLARK v. KARACZ | NO. 03-4364 |
| CLARK v. A.B.C. CAFÉ | NO. 03-4365 |
| CLARK v. CHERRY STREET CHINESE VEGETARIAN RESTAURANT | NO. 03-4366 |
| CLARK v. WONG'S GOURMET | NO. 03-4368 |
| CLARK v. PHILADELPHIA. CENET ASSOC. | NO. 01-4306 |
| CLARK v. DILEO'S TO GO, LTD | NO. 02-2847 |

## NOTICE OF HEARING

THE COURT, having been referred the above referenced cases for monitoring, coordination and settlement negotiations, hereby directs all parties to appear for a hearing.

THE COURT has set a hearing on Wednesday, September 17, 2003 at 9:30 a.m. in Courtroom 6B, U.S. Courthouse at 601 Market Street, Philadelphia, Pennsylvania. Parties or their representatives should be present and prepared to discuss this matter with the Court. If you have obtained counsel and your attorney has not yet entered an appearance in this litigation, please be sure to notify him of this hearing so that he may attend.

FOR THE COURT:

_____

Charles R. Weiner, SJ